IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Mark Alan McLaughlin<br><br>and<br><br>Melissa Lynne McLaughlin,<br><br>        Debtors. | In Chapter 7 Proceedings<br><br>Case No. 07-04375<br><br>ORDER INCORPORATING MEMORANDUM DECISION OF OCTOBER 30, 2007<br><br>(Opinion to Post) |

Based upon its Memorandum Decision of October 30, 2007, the Court concludes that Red Mountain Funding, LLC, willfully violated the Debtors' automatic stay by repeatedly contacting and harassing the Debtors, despite having received several forms of notice that the Debtors were involved in an active bankruptcy case. The Debtors are entitled to recover the actual damages, including emotional distress, caused by the stay violation. Mr. McLaughlin is awarded the sum of $480 for his lost wages. Each Debtor is also awarded the amount of $3,000 for the emotional distress that each has suffered. Based upon the foregoing, the Court awards the total amount of $6,480 to the Debtors. The Court shall enter a separate form of judgment.

**DATED this 30th day of October, 2007.**

_____

**Honorable Sarah Sharer Curley
United States Bankruptcy Judge**

BNC to Notice.